IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| MICHAEL W. WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:11-cv-2205-TMC |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Upon consideration of Defendant's Unopposed Motion for Entry of Judgment and the attached fully favorable ALJ decision, it is hereby ordered that Judgment for Plaintiff is entered pursuant to Fed. R. Civ. P. 58(b).

**AND IT IS SO ORDERED.**

s/Timothy M. Cain
Timothy M. Cain
United States Magistrate Judge

August 21, 2013

Anderson, South Carolina